**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
HECTOR LUIS LUGO IRIZARRY,

                Plaintiff,              23 **CIVIL** 1894 (KMK)(AEK)

    -v-                                              **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 6, 2023, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, to include the opportunity for a hearing and a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York
           November 6, 2023

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                                **BY:**
                                              _____
                                                      **Deputy Clerk**